IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO, | CASE NO. CV-F-04-6641 OWW LJO |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

    The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). The new case number shall be **CV-F-04-6641-LJO**.

IT IS SO ORDERED.

**Dated:   April 21, 2005**                                                                                  **/s/ Oliver W. Wanger**
emm0d6                                                                           UNITED STATES DISTRICT JUDGE