IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO,<br><br>          Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | CASE NO. CV-F-04-6641 LJO<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE BRIEFS** |

     Plaintiff Carlotta Ogundimo ("plaintiff") seeks judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

     Plaintiff filed her complaint on December 2, 2004 and this Court issued its December 2, 2004 Scheduling Order. On April 15, 2005, defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner") filed and served a motion to dismiss this action for lack of jurisdiction. This Court's Scheduling Order requires the "opposition brief to the motion shall be filed within fourteen (14) days after service of the motion." Plaintiff has failed to file her opposition brief in response to defendant's motion.

/////

/////

/////

1     Accordingly, this Court orders plaintiff to show cause in writing, no later than May 31, 2005,
2 why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file
3 briefs and to comply with this Court's orders.  This Court will vacate this order to show cause if plaintiff
4 files and serves her opposition brief no later than May 31, 2005.
5
6     **Plaintiff is admonished that failure to timely comply with this order will result in dismissal**
7 **of this action.**
8 IT IS SO ORDERED.
9 **Dated:   May 18, 2005**            **/s/ Lawrence J. O'Neill**
   b9ed48                             UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28