1

2

3

4

5

6

7

8

9          **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  CARLOTTA OGUNDIMO,                          CASE NO. CV-F-04-6641 LJO

13                                              **ORDER VACATING ORDER TO SHOW**
                    Plaintiff,                  **CAUSE, DIRECTING RE-SERVICE**
14                                              **OF MOVING PAPERS AND SETTING**
             vs.                                **DATE FOR PLAINTIFF'S RESPONSE TO**
15                                              **DEFENDANT'S MOTION TO DISMISS**
    JO ANNE B. BARNHART,
16  Commissioner of Social Security,

17                  Defendant.
                                          /
18

19          Plaintiff Carlotta Ogundimo ("plaintiff") seeks judicial review of an administrative decision

20  denying plaintiff's claim for benefits under the Social Security Act.

21          Plaintiff filed her complaint on December 2, 2004.  On April 15, 2005, defendant Jo Anne B.

22  Barnhart, Commissioner of Social Security ("defendant") filed and served a motion to dismiss this action

23  for lack of jurisdiction.  Plaintiff did not respond, and this Court issued an Order to Show Cause.

24          On May 27, 2005, plaintiff answered the Order to Show Cause indicating, among other things,

25  that she did not receive defendant's motion.  The Court notes, however, that defendant filed a proof of

26  /////

27  /////

28  /////

                                              1

service showing service of the motion at the address plaintiff has given as her address: 2655 W. Alamos, #118, Fresno Ca. 93705.  Nonetheless, based on plaintiff's response to the Order to Show Cause, the Court orders as follows:

1.    VACATES the Order to Show Cause (Doc. 11);

2.    DIRECTS defendant to re-serve the motion to dismiss for lack of jurisdiction, and the memorandum of points and authorities in support thereof, upon plaintiff no later than June 8, 2005;

3.    ORDERS plaintiff to respond to the motion to dismiss no later than July 7, 2005.  In her response, plaintiff must address the issues raised in defendant's motion.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:    June 1, 2005**          _____/s/ Lawrence J. O'Neill_____
b9ed48                              UNITED STATES MAGISTRATE JUDGE

2