IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6641 LJO<br><br>**ORDER DIRECTING DEFENDANT TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION; AND ORDER DIRECTING PLAINTIFF TO SERVE COPIES OF DOCUMENTS ON DEFENDANT** |

　　　　Plaintiff Carlotta Ogundimo ("plaintiff") seeks judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

　　　　Plaintiff filed her complaint on December 2, 2004. On April 15, 2005, defendant Jo Anne B. Barnhart, Commissioner of Social Security ("defendant") filed and served a motion to dismiss this action for lack of jurisdiction. On July 6, 2005 and pursuant to this Court's order, plaintiff submitted a response to defendant's motion. Plaintiff's opposition has been filed as Document 17 in the Court's file. Plaintiff did not serve a copy on defendant.

　　　　The Court directs the defendant to access this Court's electronic file and submit/file a reply brief to plaintiff's opposition no later than August 15, 2005.

/////

1  **For any and all future filings, Plaintiff is DIRECTED to file and serve a copy of any and
2  all of her court filings** as follows. Plaintiff must file her original papers and a copy of them with the
3  Court. She may do so by hand-delivering or mailing the original and a copy to:

4  Office of the Clerk
   U.S. District Court
5  Eastern District of California
   1130 "O" Street, Room 5000
6  Fresno, CA 93721.

7  In addition, **plaintiff must serve a copy** of all papers that she files on the U.S. Attorney for the
8  Eastern District of California, who represents the Commissioner. She may do so by hand-delivering or
9  mailing it to:

10  U.S. Attorney for the Eastern District of California
    U.S. Attorney's Office, Civil Process Clerk
11  1130 "O" Street, Room 3654
    Fresno, CA 93721.

12

13  IT IS SO ORDERED.

14  **Dated:   July 12, 2005**                    /s/ Lawrence J. O'Neill
    b9ed48                                       UNITED STATES MAGISTRATE JUDGE
15