IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA OGUNDIMO, | CASE NO. CV-F-04-6641 LJO |
| Plaintiff, | **ERRATUM TO ORDER ON DEFENDANT'S MOTION TO DISMISS** (Doc. 23) |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

On August 3, 2005, this Court issued its order granting defendant's motion to dismiss. The order contained an error on page 3, line 21. The sentence contains a typographical error incorrectly referencing the year of 2005 instead of 2004. The sentence should read: "The Appeals Council informed plaintiff of its denial of plaintiff's second request on August 16, 2004, which is presumed to have been received 5 days after the mailing or no later than August 21, 2004 ~~2005~~." Accordingly, the order granting the motion to dismiss (Doc. 23) is so modified.

IT IS SO ORDERED.

**Dated:   August 4, 2005**                         /s/ Lawrence J. O'Neill
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE

1